RECEIVED
By USMS at 1:00 pm, Dec 12, 2025

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>KADI ISATU JALLOH<br><br><br><br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   5:25-cr-144-KKC-MAS

Case: 1:25-mj-000287
Assigned To : Harvey, G. Michael
Assign. Date : 12/22/2025
Description: ARREST RULE (5)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KADI ISATU JALLOH                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Money Laundering

Date:    12/12/2025

_____
Issuing officer's signature

City and state:    Lexington, Kentucky

Matthew A. Stinnett, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/12/25 , and the person was arrested on *(date)* 12/22/25 at *(city and state)* Washington, DC .<br><br>Date: 12/22/25<br><br>_____<br>Arresting officer's signature<br><br>Brian-Dior T. Lasiter    DUSM<br>*Printed name and title* |